IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**BRENDA KAY RICHOUX**                                                                            **PLAINTIFF**

**V.**                                                   **CAUSE NO. 3:19-CV-789-CWR-FKB**

**FCPT RESTAURANT PROPERTIES,**                     **DEFENDANTS**
**LLC**, *et al.*

## **ORDER**

This cause is before the Court on its own motion.

Because Defendant FCPT Restaurant Properties, LLC (FCPT) is a limited liability company, and because parties cannot stipulate to subject matter jurisdiction, the record must contain a supplemental pleading detailing FCPT's membership and the citizenship of each member. *See Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077 (5th Cir. 2008).

The defendant's supplemental pleading is due in seven days.

**SO ORDERED**, this the 15th day of November, 2019.

                                                       s/ Carlton W. Reeves
                                                     UNITED STATES DISTRICT JUDGE